I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 9.4.13

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD FRANK FARRIS,<br><br>　　　　　Petitioner,<br><br>　　　vs.<br><br>WARDEN,<br><br>　　　　　Respondent. | Case No. CV 13-5333-ABC (JPR)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Summarily Dismissing Habeas Petition and Administratively Closing Case,

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 3, 2013

_____
AUDREY B. COLLINS
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY