I HEREBY CERTIFY THAT THIS DUCUMENT WAS SERVED BY Petitioner
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 9.4.13

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD FRANK FARRIS,   ) | Case No. CV 13-5333-ABC (JPR) |
|                       ) | |
|            Petitioner,) | |
|                       ) | **J U D G M E N T** |
|       vs.             ) | |
|                       ) | |
| WARDEN,                ) | |
|                       ) | |
|            Respondent.) | |

Pursuant to the Order Summarily Dismissing Habeas Petition and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 3, 2013

_____
AUDREY B. COLLINS
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY